CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT ALABAMA
U.S. COURTHOUSE
MOBILE, ALABAMA
36602

Anthony Pickett
Plaintiff(s)

12 Jan. 2008

**DEMAND FOR JURY TRIAL**

08-33-WS-B

vs

(1) Impersonating Officers
(2) James, (3) Smith, Johnson
(4) Lockwood, (5) Williams
(6) Blair (7) Franklin
(8) Several other Correctional Officers, M.C.D.F. Employees et. al.
And
(9) Gina M. Savage, Director of Detention
(10) O.T. Marshall, Sheriff
Defendants.

FILED JAN 17 '08 PM 12:18 USDC ALS

**NOTE**
There are cameras

# LAWSUIT

This Lawsuit is for (1) Drugs within the body, (2) injecting Heroin (3) Herpes, (4) AIDS, (5) Crazy checks, (6) Murders (7) Bankrupt, (8) Bleeding profusely, (9) Profusely crazy (10) Dead, shot with a gun, twice, to different time, and for 1st degree theft of property 10 to 12 times and drug trafficking etc. by the people in the above st...

SCANNED

(1) James (2) Smith (3) Johnson (4) Lockwood (5) Williams (6) Blair (7) Franklin (8) Gina M. Savage, Director of Detention (9) D.T. Marshall, Sheriff (10) Several others Correctional officer's, who was in 3C, Date: 12 Jan. 2008, place: 3C cell block, 3C-6 where the last 1st theft of property took place by [James] impersonating a officer, with Drugs within the body, (2) injecting Heroin (3) Herpes (4) AIDS (5) receive crazy check, (6) murders, (7) Dead, (8) Bleeding Profusely, (9) Profusely crazy, etc. Report this 1st degree theft of property immediately [Officer Lockwood] 12 Jan. 2008, Time 3:00 p.m. [Byrd] or John Doe was working the control booth 3A, 3B, 3C, 2nd shift, when the illegal search and seizures occur, violation of the 4 United States Constitution Amendment. This is also cruel and unusual punishment violations of the 8 United States Constitution Amendment. All the Employees, Montgomery County Detention Facility, 250 South McDonough, Montgomery, Alabama 36104, and Gina M. Savage, Director of Detention, have [Drugs with the body], have violated the entire United States Constitution and Alabama Constitution.

(2)

Please, CONTACT, SWANSON SERVICES CORPORATION BIRMINGHAM service center for Montgomery County, AL., is the company I bought the store/canteen items, around 6 to 7 hundred dollars from. Please contact this company. [Pro-se Anthony Pickett did buy 6 to 7 hundred dollars store bought items/canteen items, to go in my property]. [Please note!. I have send for the store bought items/canteen items, several times, and they were not brought to me. James, et.al. and others employees can't take store/canteen items, or touch them, with drugs within the body, Aids, etc.]. [Note everything fit in laundry bag issue to Pro-se Anthony Pickett]. [If everything did not fit, Pro-se Anthony Pickett would have bought another laundry bag, with the store/canteen items.] [Note Pro-se Anthony Pickett is Pro-se CR-06-0997 In the court of Criminal Appeals of Alabama, Anthony Pickett Appellant, v State of Alabama Appellee. On appeal from the Circuit Court of Montgomery County (CC-06-1068).
    Note: Over millions dollars of legal works, legal materials,    ③

From the Above Case, [CR-06-0997] Anthony Pickett Appellant v. State of Alabama Appellee.] And [Others Cases] in the United States District Court, For the District of Columbia, U.S. Courthouse 333 Constitution Avenue, N.W. Washington D.C. 20001, was [Stolen] by (1) Paris or Parker, (2) Lewis (3) James, (4) Smith, (6) Kendrick, Tolliver (7) Townson others M.C.D.F. employees on June 25, 2007 still have not been return. I have wrote, Requested, sued, everythings, nothing have been return. [There are Cameras]. [Receipts are in envelope, From July to 2006 to Jan 2008 Please Contact]. [Juices from Breakfast and lunch was [Stolen], again, please note]. [People can't come Around Pro-se Anthony Pickett with Drugs within the body, please Note, James etc are already [sued] by Pro-se Anthony Pickett.] [Impersonating M.C.D.F. Correctional Officers, Pro-se Anthony Pickett Property, Canteen/Store items have been stolen 8 to 10 times or Around this Number.] [Sued for Private Cell, Refuse to get inmates with Drugs within the body, out of the cell with Pro-se Anthony]

(4)

Pickett, Several times, And M.C.D.F. Still want give Pro-se Anthony Pickett a private cell, who is Drug Free. This violated the 1,4,6,7,8,14 United States Constitution Amendments, And the entire United States Constitution And Alabama Constitution.

## 1 MOTION

Pro-se Anthony Pickett Civil jury Trival by the 6,7 United States Constitution Amendments.

## 2 MOTION

Pro-se Anthony Pickett Motion For Legal Drug tests, by 4 United States Constitution Amendment, For every person involve.

## 3 MOTION

Pro-se Anthony Pickett For [Order] For everything, to be return, LAW works, And [stolen] Canteen items by M.C.D.F. employees, And A Private cell, because Pro-se Anthony Pickett is Drug Free, And Pro-se, Self-Representation, Pay Damages.   (5)

## CERTIFICATE OF SERVICE

I hereby certify that on 13 Jan, 2008, I did served a copy of the foregoing on Defendants, by placing the same in the United States mail box, postage prepaid and addressed as follows:

Employees, M.C.D.F.
1) James 2) Smith 3) Johnson
4) Lockwood, 5) Williams 6) Blair
7) Franklin 8) Several others
Correctional officers
9) Gina M. Sauase, Director of Detention
10) D.T. Marshall, Sheriff
Montgomery County Detention Facility
250 South McDonough
Montgomery, Alabama 36104

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
Pro-se Anthony Pickett

Address of Pro-se/Attorney
Anthony Pickett, 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, Pro-se
Montgomery County Detention Facility
Booking 69981
P.O. Box 4555
Montgomery, Alabama 36103

(6)

Clerk's Office
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT ALABAMA
U.S. COURTHOUSE
MOBILE, ALABAMA
36602

FILED JAN 17 '08 PM 1:19 USDCALS

12 JAN 2008

All Federal Courts suppose to be the same.

To the Clerk's, and Federal Judges, I need to use this Court, because I can not get any Due Process of the Law and Equal Protection of the Law, by the 14 with 5 United States Constitution Amendments, or A Civil Jury Trial by the 6,7, United States Constitution Amendments, or No Legal Drugs Tests by the 4 United States Constitution Amendment, done at the Clerk's Office United States District Court, For the Middle District of Alabama, Montgomery Alabama 36104, All Federal Judges are Prejudice toward Anthony Pickett since 1996 to 2008.

NOTE:
You can contact the Honorable Mukasey, New United States Attorney General, who took over For Former Alberto Gonzales United States Department of Justice Washington, D.C. 20500-0001
I have wrote here from 1996 - 2008.



Pro-se Anthony Pickett
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
M.C.D.F.
Booking No. 69981
P.O. Box 4599
Montgomery, Alabama
36103

1 of 2

[Postmark: MONTGOMERY AL 361 — 15 JAN 2008 PM]

Clerk's Office
United States District Court
For The Southern District Alabama
U.S. Courthouse
Mobile, Alabama 36602