Clerk's Office
United States District Court
For the Southern District Alabama
U.S. Courthouse
Mobile, Alabama
36602

12 Jan, 2008

Anthony Pickett,
    Plaintiff(s),

vs

Impersonating Officers
(1) James (2) Smith (3) Johnson
(4) Lockwood (5) Williams
(6) Blair (7) Franklin
(8) Several other correctional officers, M.C.D.F. Employees et. al.,

And

(9) Cina M. Savage, Director of Detention, D.T. Marshall Sheriff,
    Defendants,

FILED JAN 17 '08 PM 1 51 USDC ALS

Motion To Proceed In Forma Pauperis
I have no money. I am indigent at the Montgomery County Detention Facility, Montgomery, Alabama

1 of 2

I AM Pro-se in my case CR-06-0957 in the Court of Criminal Appeals of Alabama, Anthony Pickett, Appellant, vs State of Alabama, Appellee. On Appeal from the Circuit Court of Montgomery County (CC-6-1068) and others cases file in others courts.

I Am Indigent. Swanson Services Corporation Birmingham Service Center for Montgomery County, Al can verify this. Just contact this company, they can tell the court I have no money on my prison/M.C.D.F. account. Receipts in envelope. 1 of 2

NOTE: Legal works/ Law works over million dollars and 6 to 7 hundred dollars of store/canteen items have been [Stolen] by employees of M.C.D.F. Mont, Alabama. I am still in court with this law works. I use the store/canteen items to do my law work with.

Motion to proceed without paying the cost for lawsuit, and others costs, I have no money, but I am pro-se, and can do all the Attorney work.

2 OF 2

```
              SWANSON SERVICES CORPORATION
              BIRMINGHAM SERVICE CENTER
              for MONTGOMERY COUNTY, AL
filled by   42                    delivered by
        ** Must show ID to receive Order**
Name       PICKETT, ANTHONY
Account # 6990J                   Receipt # B100620
Order Slip # 145  - M04R0614      Date 12/10/2007
Location 3C-0
Bal After Order $0.00
Item  Qty    Description             Cost  Short
27     1     Indigent Package MGM    3.00
                                Total  $3.00
```

I have checked and received this order with any
and all credits/shortages as indicated herein.

Signed _____

A.P.

```
              SWANSON SERVICES CORPORATION
                BIRMINGHAM SERVICE CENTER
                 for MONTGOMERY COUNTY, AL
filled by  _____               delivered by ____
         ** Must show ID to receive Order**
Name       PICKETT, ANTHONY
Account # 69981                    Receipt # B110704
Order Slip # 111  - MGMR0521       Date 01/10/2008
Location 3C-0
Bal After Order $0.00
Item  Qty     Description                  Cost Short
-----------------------------------------------------
27    1       Indigent Package MGM         3.00
                                  Total   $3.00

I have checked and received this order with any
and all credits/shortages as indicated herein.

Signed _____
             A. P.
```



Pro-se Anthony Pickett
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
M.C.O.F.
Booking nu. 65581
P.O. Box 4455
Montgomery, Alabama
36103

Legal Mail

2 of 2

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
For THE Southern District Alabama
U.S. Courthouse
MOBILE, ALABAMA

15 JAN 2008 PM
MONTGOMERY AL

USA 41