IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANTHONY PICKETT,  :

    Plaintiff,  :

vs.  :  CIVIL ACTION 08-00033-WS-B

OFFICER JAMES, et al.,  :

    Defendants.  :

## ORDER

Plaintiff, an Alabama inmate proceeding pro se, filed a handwritten complaint alleging violations of 42 U.S.C. § 1983, together with a motion to proceed without prepayment of fees and costs. (Docs. 1, 2). Neither document is on the forms required by this Court. Accordingly, Plaintiff is **ORDERED** to complete and file, by **February 19, 2008**, his complaint and motion on this Court's current forms for a complaint under 42 U.S.C. § 1983 and a motion to proceed without prepayment of fees, or in lieu thereof, pay the $350.00 filing fee. See Local Rule 83.9(d)(1). Plaintiff's new complaint will supersede his original complaint; therefore, Plaintiff shall not rely upon his original complaint. If additional pages are needed, Plaintiff shall follow the format contained in the form complaint when completing the additional pages.

Failure to comply with this Order within the prescribed time or to advise the Court of a change in address will result in the dismissal of this action without prejudice for failure to prosecute and to obey the Court's Order. The Clerk is **DIRECTED** to send

Plaintiff the form for an action under 42 U.S.C. § 1983 and a motion to proceed without prepayment of fees.

DONE this **18th** day of **January, 2008**.

>                   /s/ SONJA F. BIVINS
>         **UNITED STATES MAGISTRATE JUDGE**