IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

PRISONER COMPLAINT
[FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

*U.S. DISTRICT COURT*
*FILED IN SOU. DIST. ALA.*
*CLERK'S OFFICE*
*FEB - 6 2008*
*CHARLES R. DIARD, JR.*
*CLERK*

Anthony Pickett, Pro-se
Name under which you were convicted

Bookins No. 69581
Your prison number

CIVIL ACTION NO. 08-0033-WS-B
(To be supplied by Clerk of Court)

vs.
(1) Montgomery County Detention Facility
(2) D.T. Marshall, Sheriff (3) Gina M. Savage, Director of Detention
Name of Defendant(s) (4) James, et. al.

250 South McDonough St,
Montgomery, Alabama 36104
Place of Confinement and Address

INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 4/10/06

E. <u>Pleading the Complaint</u>. Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to</u> <u>each</u> <u>defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $350.00 filing fee or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket</u> <u>number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will</u> <u>be</u> <u>stricken</u>. <u>See</u> Fed. R. Civ. P. 11(a). No notary is required.

H. <u>Certificate of Service</u>. Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading <u>will</u> <u>be</u> <u>stricken</u> if it does not contain this certificate of service. <u>See</u> Fed. R. Civ. P. 5.

I. <u>Copies</u>. This Court <u>will</u> <u>not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>. <u>Do</u> <u>not</u> write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>. No evidence shall be sent to the Court for filing or storing.

## I. **PREVIOUS LAWSUITS.**

2

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
   Yes ( )    No (✓)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
   Yes ( )    No (✓)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

   Plaintiffs: _____N/A_____

   _____

   Defendants: _____

   _____

   2. Court (if federal court, name the district; if state court, name the county): __N/A__

   _____

   3. Docket Number: ___N/A___

   4. Were you granted the opportunity to proceed without payment of filing fees?
   Yes ( )   No ( )   N/A

   5. Name of judge to whom the case was assigned: __N/A__

   6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.
   _____N/A_____

   _____

   _____

   7. Approximate date of filing lawsuit: __N/A__

   8. Approximate date of ruling by court: __N/A__

3

*See ATTACHE*
*There are 3 others pages of (G).*  |  See CAmeras- M.C.D.F.

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: Montgomery County Detention Facility, 250 South McDonough St, Montgomery, Alabama 36104

B. Date it occurred: 13 JAN. 2008 - The Last 1st Degree Theft of Property happen on 13 JAN, 2008 - not 1/12/08 [mistake on Lawsuit]

C. Is there a prisoner grievance procedure in this institution? Unknown

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
    Yes (✓)   No ( )

E. If your answer is YES:   See CAmeras-M.C.D.F

   1. What steps did you take? Unknown, [This have happen 10 to 12 times]

   2. What was the result? Unknown [This have happen 10 to 12 times]

F. If your answer is NO, explain why not: N/A

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

NOTE - See ORIGINAL LAWSUIT File on 13 JAN. 2008
NOTE: [The Last 1st Theft of Property happen on Sunday - 13 JAN 2008] [Mistake Theft occur 1/12/08 on original Lawsuit.] 2nd Shift. Time 3:00 p.m. Place 3C-6 - M.C.D.F. Mont. AL. Everybodies involve have (1) Drugs within the body, (2) injecting Heroin (3) Herps (4) AIDS (5) Crazy checks (6) Murders (7) Bleeding Profusely, Profusely crazy, (9) Dead: Shot with a gun twice - two different times. (10) Motion for Drugs Tests, by the 4 United States Constitution Amendment, (11) Jury trial, by the 6,7, United States Constitution Amendments.

There are 3 others pages of (G)    1 of 4
[See ATTACHE.]     (G)


(G) your claim (briefly explain your claim; what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary): [ATTACHED]

## CONTINUE 2G

NOTE: see CAMERAS - M.C.D.F, Mont. AL, All the 1st Degree Theft of Property, occur from Dec. 2006 to 13 Jan. 2008. Around 10 to 12 1st Degree Theft of Property, occur by Employees of Montgomery County Detention Facility, Mont. AL. Note [All Employees of Montgomery County Detention Facility, Mont. AL. have Drugs within the body, [Read Page 4]. Note: Last 1st Degree Theft of Property occur on 13 Jan, 2008 by M.C.D.F., impersonating Officers, (1) James (2) Smith, (3) Johnson (4) Lockwood (5) William (6) Blair, (7) Franklin (8) O.T. Marshall Sheriff, (9) Gina M. Savage, Director of Detention, All others employees who took part in the 1st Degree Theft of Property, [over million dollars of Law work] was [stolen] and 6,7, hundred dollars of canteen/store items were [stolen] from [Swanson Services Corporation, Birmingham sevice center for Montgomery, County, AL.]: [On 25 June 2007, law works, over million dollars was [stolen] by, Montgomery County Detention Facility] (2 OF 4 G)

(G) Your claim (briefly explain your claim: what, when, where, who; do not cite cases. You may, without leave of court, add up to five (5) additional pages if neccessary.  [ATTACHS]

## CONTINUE 3G

① Parks or Parker, ② Lewis ③ Smith ④ Kendrick ⑤ Tolliver ⑥ James ⑦ Townson, ⑧ other John Does, et. Ac. ⑨ D. T. Marshall, Sheriff, ⑩ Gina M. Savage, Director of Detention. [Still nothing have been Return]. [Pro-se Anthony Pickett did not buy 6 to 7 hundred Dollars of Canteen/store items, and tell anyone to put over a million of Dollars of legal works in his property]. [Everything was stolen]. Pro-se Anthony Pickett is representing himself [CC-06-1068 IN the Court of Criminal Appeals of Alabama, Anthony Pickett Appellant, v. State of Alabama Appellee. On Appeal from the Circuit Court of Montgomery County (CC-06-1068)]

1. United States District Court Washington D.C.

2. Call/write United States Attorney General Honorable Mukasey, new United States Attorney General, took over job from former U.S. Attorney General, Alberto Gonzales.

3. Congressionals already are file, U.S. Senate and ⓑ House Judiciary Committees 3 of 4 (G)

This is Cruel and Unusual Punishment, violation of the 8 United States Constitution Amendments. This are also illegal search and seizure, violations of the 4 United States Constitution Amendment. [1st Degree Theft Of Property], Also violated the 1,4,5,6,7,8,14 with 5 United States Constitution Amendments and the entire United States Constitution and Alabama Constitution.

NOTE: THE ORIGINAL LAWSUIT File on 13 Jan 2008, have to be use, everything File by the 6,7,14 with 5 United States Constitution Amendments, to this Court by, /s/ SONJA F. BIVINS United States MAGISTRATE JUDGE.

NOTE! THE COURT, have to CONTACT SWANSON SERVICES CORPORATION BIRMINGHAM SERVICES CENTER FOR MONTGOMERY COUNTY, AL [Receipt is in envelope.] See CAMERAS M.C.D.F.

(G)    CONTINUE 4G END.

your claim (briefly explain your claim: what, when, where, who: do not cite cases: you may, without leave of Court, add up to five (5) additional pages if necessary);    [ATTACHS]    4 OF 4 G

NOTE: (1) M.C.D.F, Mont. Al. Still Refuse to give me a Private cell. Pro-se Anthony Pickett is the only inmate (Drug Free) and is Pro-se in all his cases.

### III. PARTIES.

A. <u>Plaintiff</u> (Your name/AIS): Pro-se Anthony Pickett Book No. 69981

Your present address: M.C.D.F. Booking No. 65581, P.O. Box 4555, Montgomery Alabama 36103

B. <u>Defendant(s)</u>: Gina M.

1. Defendant (full name) Savage is employed as Director of Detention at M.C.D.F.

His/her present address is M.C.D.F. 250 South McDonough St Montgomery Alabama 36104

(a) Claim against this defendant: With Drugs within the body Let Employees M.C.D.F. Steal over million Dollars of legal works and 6 to 7 hundred of Canteen/Store bought items.

(b) Supporting facts (Include date/location of incident): Place 3C-6 / others place → See cameras M.C.D.F. 25 June 2007, 13 Jan. 2008, 14 August 2007 and Dec. 2006 to 13 Jan. 2008 Theses 1st Degree theft of property happen 10 to 12 times. 14 Sept. 2007

2. Defendant (full name) D.T. Marshall is employed as Sheriff at M.C.D.F. Mont. Alabama

His/her present address is M.C.D.F. 250 South McDonough St Montgomery Alabama 36104

(a) Claim against this defendant: With Drugs within the body Let Employees M.C.D.F. Steal over million Dollars of legal works and 6 to 7 hundred Canteen/Store bought items.

(b) Supporting facts (Include date/location of incident): Place 3C-6 / others places → See cameras M.C.D.F. 25 June 2007, 13 Jan. 2008, 14 August 2007 and From Dec. 2006 to 13 Jan. 2008 Theses 1st Degree theft of property happen 10 to 12 times. 14 Sept. 2007

3. Defendants (full name) James (2) / Parks (3) / Tolliver is employed as Correctional Officers at M.C.D.F. Montgomery, Alabama.

His/her present address is M.C.D.F. 250 South McDonough St. Montgomery, Alabama 36104

5

NOTE - Pro-se Anthony Pickett Already have been Gang Fights with others Drugs within the body inmates inside my cell. Need Private cell.

(a) Claim against this defendant: 1st Degree theft of Property 10 to 12 times at M.C.D.F. with Drugs within the body.

(b) Supporting facts (Include date/location of incident): Place 3C-6/others places M.C.D.F, see cameras From Dec. 2006 to 13 Jan. 2008, 25 June 2007 13 Jan. 2008 14 Sept. 2007 - 14 August 2007 - CALL - Swanson Services Corporation Birmingham Service Center For Montgomery County, AL

C. Additional Defendants: (If there are additional defendants, you may list them on separate pages using the same outline above). All employees of Montgomery County Detention Facility, Mont, AL,

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: Community Notification Act Pursuant to §15-20-24, Code of Alabama 1975. (not LAW)

Judges Prices

2. When were you convicted? Montgomery County Circuit Court, Mont. AL. 1/10/07

3. What is the term of your sentence? 10 years Suspended, 3 years supervised Probation

Case Number → CR-06-0997

4. When did you start serving this sentence? Appeal to Court of Criminal Appeals State of Alabama

5. Do you have any other convictions which form the basis of a future sentence?
   Yes ( )   No (✓)

If so, complete the following:

(a) Date of conviction: N/A

(b) Term of sentence: N/A

6. What is your expected end of sentence (E.O.S.) date? Feb. 23, 2010

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |  |
|---|---|---|---|
| N/A Reversed | yes( ) no( ) | yes( ) no( ) | N/A |
| N/A Expunged | yes( ) no( ) | yes( ) no( ) | N/A |
| N/A Invalidated | yes( ) no( ) | yes( ) no( ) | N/A |

6

(NOTE 3) Pro-se Anthony Pickett Life is in danger at M.C.D.F. with everybodies Employee and inmates with drugs within the body, injecting heroin AIDs, etc.

W/A   Writ of habeas yes( ) no( )      yes( ) no( )   N/A
corpus granted

NOTE → C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: Double Jeoparty E.O.S. IN 2000.
NOTE → Case CC-96-2245, Case still on Appeal.
The Allege Victim could not come around Pro-se Anthony Pickett

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes): with drugs within the body, injecting heroin, herpes, AIDS, No Evidence.

NOTE → Return Legal works over millings, Store/canteen items, Pay Damages, Put Pro-se Anthony Pickett in Private cell.
Double Jeopardy - criminal charge - The Allege victim too old, not less

VI. AFFIRMATION.— By my signature below, I swear or affirm under penalty of perjury that the than 12 facts set out in this complaint are true and correct. year old. end.

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

25 Jan, 2008                Pro-se Anthony Pickett
Date                        (Signature of Plaintiff Under Penalty of Perjury)
                            Montgomery County Detention Facility
                            Booking numbers 69981
                            Current Mailing Address

                            P.O. Box 4559
                            Montgomery, AL. 36103
                            Unknown
                            Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC.  FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

7

```
              SWANSON SERVICES CORPORATION
                BIRMINGHAM SERVICE CENTER
                for MONTGOMERY COUNTY, AL.
filled by  _____  delivered by _____
          ** Must show ID to receive Order**
Name       PICKETT, ANTHONY
Account # 69981                  Receipt # B111784
Order Slip # 93  - MGMR0625      Date 01/24/2008
Location 3C-0
Bal After Order $0.00
Item  Qty      Description                   Cost  Short
-----------------------------------------------------------
27    1       Indigent Package MGM            3.00
                                    Total    $3.00

I have checked and received this order with any
and all credits/shortages as indicated therein.

Signed  _____
```

Pro-Se Anthony Pickett
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
M.C.O.F.
Booking number - 69581
P.O. Box 4551
Montgomery Alabama
36103
INMATE MAIL



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
CLERIC
113 ST. JOSEPH STREET
Mobile, Alabama 36602

1 OF 3

Anthony Pickett
94-3552
D.F.
S Number - 65581
TX 4555
Mery, Alabama, 36103

INMATE MAIL



36602+3606-99



USA 41

Clerk
United States District Court
Southern District of Alabama
113 St. Joseph Street
Mobile, Alabama, 36602