3C

See the ATTACH

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

ANTHONY Pickett, Pro-se
**Plaintiff(s)/Petitioner(s)**

vs.                                                                        CIVIL ACTION NO. 08-0033-WS-B

(1) Montgomery County Detention Facility / D.T. Marshall, Sheriff     (To be supplied by Clerk of Court)
(2) Gina M. Savage, Director of Detention, (3) James, et Al
**Defendant(s)/Respondent(s)**

FILED FEB 6 '08 PM 1:23 USDC

## MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

I, ANTHONY Pickett, a United States citizen, make this Motion to Proceed Without Prepayment of Fees pursuant to Title 28 U.S.C. § 1915 in order to proceed in *forma pauperis* in this action. I am unable to make prepayment of fees or to give security therefor, and it is my belief that I am entitled to redress. I have not divested myself of any property, monies or any items of value for the purpose of avoiding payment of said fees. See Original Lawsuit 13 Jan. 2008

I. **BRIEF STATEMENT AS TO THE NATURE OF THE ACTION:** Montgomery County Detention Facility, Employees (1) James W. William, (2) D.T. Marshall, Sheriff (3) Gina M. Savage, Director of Detention, et.al, stole over million of dollars of legal work and total hundred dollars of canteen/store items. end

II. **RESIDENCE:**
Your address: ANTHONY Pickett 3C-6 [Booking Number - 69981] - P.O. Box 4599 (Street) Montgomery, Alabama 36103
(City)        (State)        (Zip Code)

III. **MARITAL STATUS:**
1. Single ____ Married ____ Separated ____ Divorced ✓
2. If married, spouse's full name: N/A

IV. **DEPENDENTS:**
1. Number: 1
2. Relationship to dependent(s): Myself
3. How much money do you contribute toward your dependents' support on a monthly basis? $ UNKNOWN

Revised 4/10/06

V.  **EMPLOYMENT:**
    1. Name of employer: __N/A__     Pro-se/Lawyer
       a. Address of employer: _____N/A_____
          (Street)

       _____
       (City)          (State)          (Zip Code)
       b. How long have you been employed by present employer?
          Years: _____        Months _____
       c. Income: Monthly $_____ or Weekly $_____
       d. What is your job title? _____

    2. If unemployed, date of last employment: __1985__  CNA
       Amount of salary and wages received per month in last employment: $__860.00__ mo

    3. Is spouse employed? __N/A__ If so, name of employer: _____

       a. Income: Monthly $_____ or Weekly $_____
       b. What is spouse's job title? _____

    4. Are you and/or your spouse receiving welfare aid? __N/A__
       If so, amount: Monthly $_____ or Weekly $_____

VI. **FINANCIAL STATUS**
    1. Owner of real property (excluding ordinary household furnishings and clothing):
       a. Description: __None__
       b. Full Address: __None__
       c. In whose name: __None__
       d. Estimated value ------------------------------ $ __0__
       e. Total amount owed --------------------------- $ __0__
          Owed to: _____  $ __0__
                   _____  $ __0__

       f. Annual income from property ------------------ $ __0__

    2. Other assets/property, such as automobiles, boats, motor homes, court judgments, etc. (If more than two, list information on back):
       a.                              Asset (1)           Asset (2)
          Make & Model:               __0__              __0__
          In whose name registered?   __0__              __0__
          Present Value of Asset:     __0__              __0__
          Amount owed:                __0__              __0__
          Owed to:                    __0__              __0__
       b. Total cash in banks, savings and loan associations, prisoner accounts,

2

  financial institutions, other repositories, or anywhere else - $ __0__

 c. List monies received by you during the last twelve (12) months, or held for you by banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

Business, profession or other forms of self-employment -   $ __0__

Rent payments, interest or dividends -------------- $ __0__
Pensions, annuities or life insurance payments ------- $ __0__
Gifts or inheritances ------------------------- $ __0__

Stocks, bonds or notes ---------------------- $ __0__
Tax refunds, Veteran benefits or social security benefits $ __0__
Any other sources --------------------------- $ __0__

3. Obligations:
 a. Monthly rental on house or apartment ----------- $ __0__
 b. Monthly mortgage payments on house ----------- $ __0__

4. Other information pertinent to your financial debts and obligations:

__N/A__    __0__    __0__
(Creditor)    (Total debt)    (Monthly payment)

__N/A__    __0__    __0__
(Creditor)    (Total debt)    (Monthly payment)

__N/A__    __0__    __0__
(Creditor)    (Total debt)    (Monthly payment)

5. If you have indicated that you have minimal or no assets or income, please explain how you provide for your basic living needs such as food, clothing and shelter. (*e.g.* food stamps, family assistance or charitable contributions.)

__N/A__

Other (Explain): __N/A__

3

VII. <u>**ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN**</u>:

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

_25 JAN, 2008_         _Pro-se Anthony Pickett_
DATE                                         SIGNATURE OF PLAINTIFF/PETITIONER

_M.C.O.F. Booking No. 65581_
_P.O. Box 4555_
ADDRESS
_Montgomery, Alabama 36103_

4

VIII. **FOR PRISONER PLAINTIFFS/PETITIONERS ONLY:**

A financial statement containing all transactions in your prisoner account for the six (6) months immediately preceding the filing of the Complaint <u>must</u> accompany this Motion. The financial statement must be in the form of a computer printout or bank ledger card prepared by the institution; a notarized financial statement that you prepare; or a financial statement prepared by an authorized officer of the institution. Failure to provide this financial statement information may result in the dismissal of this action.

The requirement to submit the financial statement addressed above does not negate your responsibility to ensure that the Certificate found below is also properly executed and filed.

I hereby authorize the agency having custody of me to collect from my prison account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2). I understand that even if I am allowed to proceed in forma pauperis or pay a partial filing fee and even if my case is later dismissed for any reason, I am obligated to pay to the Clerk of the Court the full amount of the filing fee ($350.00 for a civil action, $5.00 for a habeas corpus petition, or $455.00 for an appeal).

_25 Jan, 2008_      _Pro-se Anthony Puckett_
DATE                SIGNATURE OF PLAINTIFF/PETITIONER


**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _-367.00_ on account to his/her credit at _Montgomery County Detention_ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ _0.00_. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ _0.00_. (Please attach a certified copy of the applicant's account statement showing transactions for the past six months.)

_1/29/08_          _Mrs. V. Robinson Acct Clerk_
DATE               SIGNATURE OF AUTHORIZED OFFICER

*See the ATTACH*

**RESIDENT HISTORY REPORT**                                                                 Page 1 of 1

Montgomery County Jail
01/28/08 11:03
ST 002 / OPR YR

Booking Number      : 69981
Resident Name       : PICKETT, ANTHONY
Time Frame          : 06/01/2007 06:30 - 01/28/2008 11:02

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 06/04/2007 | 08:13 | Order  | 2 | JD    | B93052  | 0.00 | 0.00 |
| 06/07/2007 | 09:15 | Order  | 2 | JD    | B93373  | 0.00 | 0.00 |
| 06/14/2007 | 08:14 | Order  | 2 | JD    | B94008  | 0.00 | 0.00 |
| 06/15/2007 | 11:47 | Credit | 2 | JD    | B94243  | 0.00 | 0.00 |
| 06/21/2007 | 08:04 | Order  | 2 | JD    | B94579  | 0.00 | 0.00 |
| 06/28/2007 | 08:11 | Order  | 2 | JD    | B95147  | 0.00 | 0.00 |
| 07/02/2007 | 08:09 | Order  | 2 | JD    | B95463  | 0.00 | 0.00 |
| 07/05/2007 | 07:41 | Order  | 2 | JD    | B95722  | 0.00 | 0.00 |
| 07/09/2007 | 07:55 | Order  | 2 | JD    | B96021  | 0.00 | 0.00 |
| 07/12/2007 | 07:52 | Order  | 2 | JD    | B96349  | 0.00 | 0.00 |
| 07/16/2007 | 08:09 | Order  | 2 | JD    | B96716  | 0.00 | 0.00 |
| 07/19/2007 | 08:13 | Order  | 2 | JD    | B97069  | 0.00 | 0.00 |
| 07/23/2007 | 07:52 | Order  | 2 | JD    | B97379  | 0.00 | 0.00 |
| 07/26/2007 | 08:09 | Order  | 2 | JD    | B97695  | 0.00 | 0.00 |
| 07/30/2007 | 07:58 | Order  | 2 | JD    | B98002  | 0.00 | 0.00 |
| 08/02/2007 | 08:00 | Order  | 2 | JD    | B98307  | 0.00 | 0.00 |
| 08/06/2007 | 08:09 | Order  | 2 | JD    | B98608  | 0.00 | 0.00 |
| 08/09/2007 | 07:50 | Order  | 2 | JD    | B98973  | 0.00 | 0.00 |
| 08/13/2007 | 07:56 | Order  | 2 | JD    | B99263  | 0.00 | 0.00 |
| 08/16/2007 | 07:28 | Order  | 2 | JD    | B99614  | 0.00 | 0.00 |
| 08/20/2007 | 12:27 | Order  | 1 | srmJW | A58935  | 0.00 | 0.00 |
| 08/23/2007 | 09:30 | Order  | 2 | srmJS | B99969  | 0.00 | 0.00 |
| 08/30/2007 | 07:57 | Order  | 2 | JD    | B100540 | 0.00 | 0.00 |
| 09/06/2007 | 07:47 | Order  | 2 | SWCLR | B100806 | 0.00 | 0.00 |
| 09/10/2007 | 08:07 | Order  | 2 | JD    | B101126 | 0.00 | 0.00 |
| 09/13/2007 | 07:47 | Order  | 2 | SWCLR | B101439 | 0.00 | 0.00 |
| 09/17/2007 | 07:51 | Order  | 2 | SWCLR | B101695 | 0.00 | 0.00 |
| 09/20/2007 | 07:51 | Order  | 2 | SWCLR | B101997 | 0.00 | 0.00 |
| 09/24/2007 | 07:51 | Order  | 2 | SWCLR | B102273 | 0.00 | 0.00 |
| 09/27/2007 | 07:30 | Order  | 2 | SWCLR | B102553 | 0.00 | 0.00 |
| 10/01/2007 | 07:54 | Order  | 2 | SWCLR | B102814 | 0.00 | 0.00 |
| 10/04/2007 | 08:02 | Order  | 2 | JD    | B103107 | 0.00 | 0.00 |
| 10/08/2007 | 07:45 | Order  | 2 | SWCLR | B103346 | 0.00 | 0.00 |
| 10/11/2007 | 07:58 | Order  | 2 | SWCLR | B103786 | 0.00 | 0.00 |
| 10/15/2007 | 07:40 | Order  | 2 | SWCLR | B104037 | 0.00 | 0.00 |
| 10/18/2007 | 08:00 | Order  | 2 | SWCLR | B104368 | 0.00 | 0.00 |
| 10/22/2007 | 07:59 | Order  | 2 | JD    | B104670 | 0.00 | 0.00 |
| 10/25/2007 | 07:45 | Order  | 2 | SWCLR | B105002 | 0.00 | 0.00 |
| 10/29/2007 | 07:46 | Order  | 2 | SWCLR | B105274 | 0.00 | 0.00 |
| 11/01/2007 | 07:53 | Order  | 2 | SWCLR | B105558 | 0.00 | 0.00 |
| 11/05/2007 | 07:59 | Order  | 2 | SWCLR | B105837 | 0.00 | 0.00 |
| 11/08/2007 | 08:26 | Order  | 2 | JD    | B106194 | 0.00 | 0.00 |
| 11/12/2007 | 07:51 | Order  | 2 | JD    | B106485 | 0.00 | 0.00 |
| 11/15/2007 | 07:56 | Order  | 2 | SWCLR | B106797 | 0.00 | 0.00 |
| 11/19/2007 | 07:50 | Order  | 2 | JD    | B107056 | 0.00 | 0.00 |
| 11/26/2007 | 07:48 | Order  | 2 | JD    | B107375 | 0.00 | 0.00 |
| 11/29/2007 | 07:59 | Order  | 2 | JD    | B107758 | 0.00 | 0.00 |
| 12/03/2007 | 07:40 | Order  | 2 | JD    | B108024 | 0.00 | 0.00 |
| 12/06/2007 | 07:50 | Order  | 2 | SWCLR | B108357 | 0.00 | 0.00 |
| 12/10/2007 | 07:57 | Order  | 2 | SWCLR | B108620 | 0.00 | 0.00 |
| 01/03/2008 | 07:49 | Order  | 2 | SWCLR | B110013 | 0.00 | 0.00 |
| 01/10/2008 | 08:05 | Order  | 2 | SWCLR | B110704 | 0.00 | 0.00 |
| 01/17/2008 | 07:32 | Order  | 2 | JD    | B111260 | 0.00 | 0.00 |
| 01/24/2008 | 07:35 | Order  | 2 | SWCLR | B111784 | 0.00 | 0.00 |

Pro-se Anthony Pickett
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
M.C.O.F.
Booking Number - 69981
P.O. Box 4599
Montgomery, Alabama
36103

3 OF 3



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
CLERK
113 St. Joseph Street
Mobile, Alabama 36602