IN THE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANTHONY PICKETT,
PLAINTIFF,

VS

OFFICER SMITH, et. Al,
DEFENDANTS

)
)
) 15 FEB. 2008
)
) CIVIL ACTION
) 08-00033-WS-B
)
)
)
)

FILED FEB 21 2008 11:20 USDCALS

MOTION FOR EXTENTION OF TIME

[MOTION FOR EXTENTION OF TIME by Fed R. CIV P.]
Pro-se Anthony Pickett, is still in the Montgomery
County DETENTION Facility, 250 South
McDonough St, Montgomery, Alabama 36104
And is still in the middle of his Criminal
Defense, [pro-se Anthony Pickett I am
the Attorney]. CR-06-0997 IN the
Court of Criminal Appeals of Alabama
Anthony Pickett, Appellant, V. STATE OF
Alabama Appellee. on Appeal From the
Circuit Court of Montgomery County
(CC-06-1068) my [Appeal] and [Brief]
Already have been Submitted to the
Alabama Court of Criminal Appeals (1)

SINCE MAY 15, 2007. Now, Pro-Se Anthony Pickett is motioning for 90 days or much Time as Needed by the Fed R. Civ. P.    When the Person is still in Jail, And have no money, And the Law Library is inAdequate. Pro-se Anthony Pickett Can't go to the Law Library but once, every two weeks, For 30 minutes. There are no (11th Cir 1991) LAW Books in M.C.D.F. Law Library. I, Pro-se Anthony Pickett have to do my Law work without the M.C.D.F. Law Library, there no person to help you, no Computers Nothing. When you Are incarcerated the [Court] have to make copies, And mail to Defendants, Please Note, Pro-se Anthony Pickett is incarcerated And This is Cruel And unusual punishment Violation of the 8 United States Constitution Amendment, to Demand or Order "STATEMENT OF Objection to Magistrate Judges Recommendation within Ten days And A Brief in support of the objection. THIS is [UNCONSTITUTIONAL], "STATEMENT OF Objection to Magistrate Judges, This is Not Law.  ②

Pro-se AnThoNy PrickeFF stated he have
No money, MOTION And ASK the [COURT]
SWANSON SERVICES CORPORATION
BIRMINGHAM SERVICE CENTER
FOR MONTGomery CouNTy, AL
to Call or write THIS company, Please.
(1) They CAN tell you there No money,
oN Prison AccounT,
(2) They CAN tell you there were
Around 10 to 12 1st TheFt oF PropeRty
From 2006 to 2008 at M.C.D.F.
And over million dollars oF LAW
MATerial were Stolen, [THIS are
evidence,] [There are CAMeRAS
at M.C.D. F. StatiNg THIS,] [2006 to
2008.] (3.) What else    (S/ SONJA F. BIVINS
UNited States MAGiSTRATe Judge
WANT.
(4.) THIS [COURT] Keep SendiNg FoR
the Same iNFoRmA TioN, wrote oN
diFFereNT Forms. [THIS IS UNCONStiTutional,
VioLA TioN oF the 4,6,7,8,14 with S
UNited States ConStiTuTioN Amendments.
5. THIS [COURT] Need to ReFer
to the U.S. ATToRNey GeNeral, HoNoRable
MukASey, who RePlAce Former U.S. ATToRNey GeNeral
Alberto, UNited States DepartmeNt oF justices

(2)

WASHINGTON D.C, About using the
ORIGINAL LAWSUIT And Attach
to the Court Forms.

## NEED MORE TIME

(1) Pro-Se Anthony Pickett have File Lawsuits
From 1996 to 2008 Against the
Federal Judges And clerks For
(1) Drugs within the body (2) injecting Heroin
(3) Herpes (4) AIDS (5) Crazy checks (6) Bleeding
Profusely (7) Profusay Crazy (8) Dead,
what we call theses people, Shot
two different time, And theses people
Fool (9) Drugs And (10) money and impersonated
Federal Judges And clerks And don't
(12) Know all criminal cases take
evident, Proof beyond A reasonable
doubt, by the 14 United States
constitution Amendments, And who
ever is Drugs Free is right, Can't
use United States District court, For the
middle District of Alabama, Mont. Al.
Civil Action 08-00033-ws-B can't
be Transferred to the United States
District court for the middle District
of Alabama, MontGomery, Alabama
(Motion For Extention OF Time). (4)

CERTIFICATE OF SERVICE

I here certify that on this 17th day of Feb. 2008, I served a copy of the foregoing on the Defendants, by placing the same in the United States' mail, postage prepaid and addressed as follows:

① D.T. Marshall, Sheriff
② Gina M. Savage, Director of Detention
③ Officer Smith, et. Al.
Montgomery County Detention Facility
250 South McDonough St.
Montgomery, Alabama 36104


Anthony Pickett
Pro-se Anthony Pickett
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

Address of Pro-se/Attorney
Pro-se Anthony Pickett
M.C.D.F.
Booking No. 69581
P.O. 4599
Montgomery, AL 36103

⑤

```
              SWANSON SERVICES CORPORATION
              BIRMINGHAM SERVICE CENTER
              MONTGOMERY COUNTY, AL
filled by                              delivered by
         ** Must show ID to receive Order**
Name       PICKETT, ANTHONY
Account # 69981                      Receipt # B112285
Order Slip # 114   - MGMR0627         Date 01/31/2008
Location 3C-0
Bal After Order $0.00
Item  Qty      Description                   Cost Short

27     1       Indigent Package MGM          3.00

                                  Total   $3.00

I have checked and received this order with any
and all credits/shortages as indicated herein.

Signed
```

Pro-se Anthony Pickett
M.C.D.F.
Booking #69961
P.O. Box 4599
Montgomery, AL
36103

USA 41

MONTGOMERY AL 361
19 FEB 2008 PM
"LET US DARE TO READ, THINK, SPEAK AND WRITE"

INMATE MAIL

United States District Court
Southern District of Alabama
Clerk
113 St. Joseph Street
Mobile, Alabama 36602

3660243606