IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
Southern Division

Anthony Pickett ) 3 March 2008
    Plaintiff, )
vs ) Civil Action
 ) 08-0033-WS-B
Officer Smith, et. al., )
    Defendants. )

FILED MAR 5 '08 PM 1:[illegible]

## OBJECTION TO THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Come now, the Plaintiff in the above style, Pro-se Anthony Pickett, specific stated to the Court, he can't get Due Process of the Law and equal protection of the Law, 14 with the 5 United States Constitution Amendments, at the United States District Court, for the Middle District of Alabama, Mont, AL, since 1996, 1997 to 2008, Sonja F. Bivins and now William Steele, both, United States Magistrate Judges, recommending that this Action be Transferred to, have already violated, all Pro-se Anthony Pickett United States Constitutional rights. There are already lawsuits, [Appeal] to the United States Supreme Court against all the people impersonating Federal Judges at the Middle District of Alabama, by Pro-se Anthony Pickett (since 1996, 1997 to 2008), for (1) Fake/Forge Attorneys licenses and impersonating Federal Judges against Thomson et. al.

(1)

(2) Drugs within the body, injecting Heroin, Herpes, AIDS, some of the people impersonating Judges are receiving crazy checks, some have committed MURDERS, REFER OR CALL BRYCE HOSPITAL TUSCALOOSA, ALABAMA, they all came here after they plea guilty to MURDERS, Bleeding PROFUSELY, Profusely crazy, we call theses people Dead! Shot with a gun twice, to different Time, etc. Since 1956, 1957 to 2008.

(3) Theses people impersonating Federal Judges are [PREJUDICE AGAINST Drugs FREE people], everything they do are unconstitution. Since 1956 to 1957-2008.

(4) Theses people impersonating Federal Judges, Middle District of Alabama, don't know that all cases, both criminal and civil cases takes evidences, CRIMINAL CASES, PROOF beyond the reasonable doubt, 14 United States Constitution Amendment, and civil cases PREPONDEROUS, of evidences, who have the most evidences [since 1956, 1957 to 2008]

(5) This Court don't known that who ever is [DRUG FREE IS RIGHT], and win the cases. When the PLAINTIFF, sued for Drugs within the body, Legal Drugs TESTS, have to be given Immediately, by the 4 United STATES CONSTITUTION AMENDMENT. NOTE- THE SUPREME COURT AGREE that Legal Drugs Tests are within the 4 United STATES Constitution Amendment. [Middle DISTRICT IS PREJUDICE AGAINST Drug FREE people] [THIS COURT WILL NOT Drug Tests all the people involve, when the PLAINTIFF, me, File LAWSUITS For Drugs within the body. I AM Drug FREE]. (2)

(6) Pro-se Anthony Pickett can't get a civil or criminal Jury Trial at the United States District Court, for the Middle District of Alabama, Mont. AL. by the 6, 7, United States Constitution Amendments, when he file Motion for Jury Trial. [Since 1956, 1957 to 2008.]

(7) Pro-se Anthony Pickett went to [Prison] because people acting as Federal Judges, Middle District of Alabama, did not [Drug Tests] the Allege victim, Mary Scott, Mary Scott Russell, who have (1) Drugs within the body, (2) injecting Heroin, (3) Herpes (4) AIDS, (5) Crazy Checks (6) Bleeding Profusely and (7) Profusely Crazy in 1956, 1957 to 2008, when Pro-se Anthony Pickett File Lawsuits, and Pay for Lawsuits 700.00 Dollars 2 of them, stating that the Alleged victim was on Drugs and Drug within the body. Criminal Case 13A-6-66 Sexual Abuse I Code of Alabama (1975) CC-96-2245, Montgomery County Circuit Court Montgomery, Alabama, 36104, (1) impersonating a Judge, Judge Charles Price, who have (2) Drugs within the body, (3) injecting Heroin, (4) Herpes, (5) AIDS, (6) Crazy Checks, Murders, Bleeding Profusely, Profusely Crazy, Dead: Shot with a gun, twice to different time, etc. (2008 Still there no evidences, in this case), let impersonating Judge, Judge Charles Price have a Trial CC-96-2245 with no evidences, Defendant, me, Drug Free, and Alleged  (3)

victim injecting Heroin, Drugs within the body etc, AIDS, etc,

(7) ALL Arrest WARRANT come from the Montgomery Police WARRANT Clerk office, Montgomery, Alabama, [There have Never been A WARRANT Against Pro-se Anthony Pickett] The Arrest WARRANT WAS FAKE/Forge in this case CC-96-2245. There No criminal case with No evidences. 14 United STATES Constitution Amendment, stated that ALL Criminal cases that PROOF beyond the reasonable doubt. ALL WARRANTS Again come from Montgomery Police WARRANT Clerk office, Montgomery, Alabama, [CALL and check.] THIS violated the 4, United States Constitution Amendment.

[So Change OF Venue, is Proper IN my CASE] [THE case is still IN this STATE], 08-0033-WS-B.

NOTE! Pro-se Anthony Pickett have Already use this Court, UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF ALABAMA, Clerk, 113 ST. Joseph STREET MOBILE, ALABAMA 36602, in (1958 to 2000), wrote (1) Brief, (2) HABEAS Corpus AND File (3) LAWSUITS in this Court, to [DISMISS] 13A-6-66 Sexual AbuseI Code OF ALABAMA (1975), [E.O.S. Sentence in 2000]. (4)

NOW, Pro-se ANTHONY Pickett is back in Jail for case, Refuse to Registered As A sexual offender, [which is NOT LAW] Charge, Violation of the Community Notification Act Pursuant to 15-20-24, Code of Alabama (1975). [THIS Charge is not LAW]. THIS case came From CC-96-2249, 13A-6-66 Sexual Abuse I Code of Alabama (1975), [which I E.O.S. in 2000], [Federal case Now,] And is Already [Appeal] 50 or more Time, to the United States Supreme Court. THIS is [Double Jeopardy], violation of the 6 United States Constitution Amendment.

NOTE: Charge or case, Violation of the Community Notification Act Pursuant to 15-20-24 Code of Alabama (1975), WAS [Appeal] to the Alabama Criminal Court of Appeal, CR-06-0997) on [Appeal] From the Circuit Court of Montgomery County (CC-06-1068), [Since 27 Feb. 2007 to Now,] All the Briefs, were mail to THIS Court. [My Brief 15 May 2007] And [Attorney General Office Brief July 16, 2007,]

THIS case can't be Transferred to Middle District of Alabama, All of the Plaintiff, United States Constitutional rights will be Violated.

(5)

## CERTIFICATE OF SERVICE

I here certify that on this 3 day<sup>th</sup> of March, 2008, I served a copy of the foregoing on the defendant by placing the same in the United States mail, postage prepaid and addressed as follows:

Officer Smith, et. al.,
Montgomery County Detention Facility
250 South McDonough St,
Montgomery, Alabama
36104

Anthony Pickett
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
*Anthony Pickett*

## Address of Pro-se/Attorney

Pro-se Anthony Pickett
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
M.C.D.F.
Booking 69981
P.O. Box 4599
Montgomery, Alabama
36103

(6)

Pro-SE Hntifony Pickett
Yal-94-3572
M.C.D.F.
Booking No. 66981
P.O. Box 4599
Montgomery, Alabama

INMATE MAIL



03 MAR 2008 PM
MONTGOMERY AL 361
USA 41

CLERIC
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
113 ST. JOSEPH STREET
MOBILE ALABAMA 36602

36602+3606