IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ANTHONY PICKETT,** | : | |
| **Plaintiff,** | : | |
| vs. | : | **CIVIL ACTION 08-00033-WS-B** |
| **OFFICER SMITH,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **TRANSFERRED** to the United States District Court for the Middle District of Alabama.

**DONE** this 7th day of March, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE