2:08 CV 172-WHA   CLOSED2008

# U.S. District Court
## Southern District of Alabama (Mobile)
## CIVIL DOCKET FOR CASE #: 1:08-cv-00033-WS-B
## Internal Use Only

Pickett v. Smith et al
Assigned to: Judge William H. Steele
Referred to: Magistrate Judge Sonja F. Bivins
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 01/17/2008
Date Terminated: 03/07/2008
Jury Demand: None
Nature of Suit: 555 Prison Condition
Jurisdiction: Federal Question

**Plaintiff**
**Anthony Pickett**                    represented by **Anthony Pickett**
#69981
Montgomery County Detention Center
P.O. Box 4599
Montgomery, AL 36103
PRO SE

V.

**Defendant**
**Officer James**

**Defendant**
**Officer Smith**

**Defendant**
**Officer Johnson**

**Defendant**
**Officer Lockwood**

**Defendant**
**Officer Williams**

**Defendant**
**Officer Blair**

**Defendant**
**Officer Franklin**

**Defendant**
**Gina M. Savage**

**Defendant**

D. T. Marshall

| Date Filed | # | Docket Text |
|---|---|---|
| 01/17/2008 | 1 | 1983 COMPLAINT against Gina M. Savage, D. T. Marshall, Officer James, Officer Smith, Officer Johnson, Officer Lockwood, Officer Williams, Officer Blair, Officer Franklin filed by Anthony Pickett. Ref to MJ/Bivins (PSU) (tgw) (Entered: 01/17/2008) |
| 01/17/2008 | 2 | MOTION for Leave to Proceed in forma pauperis by Anthony Pickett. Referred to Judge Sonja F. Bivins (PSU) (tgw) (Entered: 01/17/2008) |
| 01/18/2008 | 3 | Order directing the Plaintiff to file his 1983 complaint & motion to proceed without prepayment of fees on this Court's forms by 2/19/2008. Signed by Magistrate Judge Sonja F. Bivins on 1/18/08. Copy of order, complaint & ifp motion mailed to plaintiff (tgw) (Entered: 01/22/2008) |
| 02/06/2008 | 4 | 1983 COMPLAINT against all defendants filed by Anthony Pickett. Ref to MJ/Bivins (PSU) (tgw) (Entered: 02/06/2008) |
| 02/08/2008 | 5 | MOTION for Leave to Proceed in forma pauperis filed by Anthony Pickett. Referred to Judge Sonja F. Bivins [PSU]. (mpp) (Entered: 02/08/2008) |
| 02/11/2008 |  | (Court only) ***Motions terminated: 2 MOTION for Leave to Proceed in forma pauperis filed by Anthony Pickett. (mjn, ) (Entered: 02/11/2008) |
| 02/13/2008 | 6 | REPORT AND RECOMMENDATIONS re 4 Complaint filed by Anthony Pickett. It is recommended that this action be transferred to the United States District Court for the Middle District of Alabama. Objections to R&R due by 3/4/2008. Signed by Magistrate Judge Sonja F. Bivins on 2/13/08. Copy mailed to plaintiff (tgw) (Entered: 02/13/2008) |
| 02/21/2008 | 7 | MOTION for Extension of Time filed by Anthony Pickett. (mpp) (Entered: 02/22/2008) |
| 02/22/2008 |  | (Court only) MOTION REFERRED: 7 MOTION for Extension of Time to file objections to R&R to Judge Steele on 2/22/08. (mpp) (Entered: 02/22/2008) |
| 02/25/2008 | 8 | Order GRANTING IN PART DENYING IN PART the 7 MOTION for Extension of Time to file objection to R&R filed by Anthony Pickett. Objections to R&R due by 3/31/2008. Signed by Judge William H. Steele on 2/25/08. Copy mailed to plaintiff (tgw) (Entered: 02/25/2008) |
| 03/05/2008 | 9 | OBJECTION to 6 Report and Recommendations by Anthony Pickett. Ref to Judge Steele (tgw) (Entered: 03/06/2008) |
| 03/07/2008 | 10 | ORDER ADOPTING REPORT AND RECOMMENDATIONS 6 re 4 Complaint filed by Anthony Pickett stating that this action is TRANSFERRED to the United States District Court for the Middle District of Alabama. Signed by Judge William H. Steele on 3/7/08. Copies to parties.(mpp) (Entered: 03/07/2008) |