IN THE DISTRICT COURT OF THE UNITED STATES, FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

RECEIVED
2008 MAR 26 A 10:03
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

21 MARCH 2008

ANTHONY PICKETT
    PLAINTIFF,

VS

OFFICER JAMES, et. Al.
    DEFENDANTS

CIVIL ACTION NO.
2:08-CV-172-WHA
[WO]

## OBJECTIONS
### TO RECOMMENDATION OF THE MAGISTRATE JUDGE

Come Now, Pro-se Anthony Pickett is A well respected Attorney, without A Attorney license, I use my SSN number As my Attorney license. "There are Nothing in Pro-se Anthony Pickett complaint, that stated, that Pro-se Anthony Pickett, "Makes Allegations, which are ramblings, unintelligible, and Fairly delusional" As Chief United States Magistrate Judge, wrote And stated, on the "Order And Recommendation of the MAGISTRATE JUDGE", This is "UNCONSTITUTIONAL", "This Court is PREJudice Against Drugs Free people, And Pro-se Anthony Pickett, everything is "UNCONSTITUTIONAL" This Court wrote.

    NOTE: When Lawsuits are File For Drugs within the body, in Court, Legal Drugs tests, have to be given immediately. Whoever is Drugs Free Win the case. IF Drugs tests are not given everything is UNCONSTITUTIONAL.

(1)

"There Nothing to Talk About, or write, until Legal Drugs tests are given immediately, by the 4 United States Constitution Amendment.] THE United States Supreme Court AGREE, that Legal Drugs tests are within the 4 United States Constitution Amendment, "[There Nothing to Talk About.]" "[There are Also computers]."

(1) When Pro-se Anthony Pickett File Lawsuits For Drugs within the body, Legal Drugs tests have to be given by the Federal Judges immediately. Every thing stop. There were no Legal Drugs tests Order by Charles S. Coody, Chief United States Magistrate Judge, this is "Unconstitutional," END.

(2) There are evidences and proof beyond the reasonable doubt, by the 14 United States Constitution Amendment • (1) See Cameras M.C.D.F., And (2) Call or write "Swanson Services Corporation Birmingham Service Center for Montgomery County, AL.]" END.

"This Court is [Prejudice] Against Drug Free people And Pro-se Anthony Pickett, this is "Unconstitutional."

(A.) First of All Pro-se Anthony Pickett have not File no lawsuits in the United States District Court, Middle District of Alabama, Mont. AL since 1999, Around this time, Pro-se Anthony Pickett only mail For In Forma Pauperis Forms, but none was mailed to

(2)

Pro-se Anthony Pickett, by this Court. "[I still need [5] In Forma Pauperis Forms]." NOTE: Pro-se Anthony Pickett could not have violated "three strikes" provision of 28 U.S.C. § 1915 (g), NOTE: Which is not Law, and "Unconstitution." All lawsuits and Appeals have to be "Granted" by the "Court", by the 6,7,14with's United States Constitution Amendments, in order to get Due Process of the Law, and equal Protection of the Law, etc. And by the entire United States Constitution. "[There are no person in the United States immune to Lawsuits]." Every case on this order and Recommendation of the Magistrate Judge, 18th day of March 2008, are Already [Appeal to the United States Supreme Court.

(B)   NOTE: Pro-se Anthony Pickett Already been "Granted" leave to Proceed In Forma Pauperis, by United States District Court, Southern District of Alabama, Clerk, 113 St. Joseph Street mobile, Alabama 36602, William Steele and Sonja F. Bivins, United States District Judges, they Already sent for my "Prison or Jail Account Statement for the last six months, and I had a Prison or Jail official complete the Certification Section on the back of the Motion to Proceed without Prepayment of Fees, Attach to the Form a Certified Copy, on In Forma Pauperis ③

Pursuant to 28 U.S.C. § 1915.

"[When (1) INdigents people," (2) poor people, (3) people who don't have money, Motions For Leave to Proceed IN Forma Pauperis have to be Granted, by the United States Constitution]." [This is what the United States were built on]." [Money, don't decide who right or wrong.]"

All Motions For leave to Proceed iN Forma Pauperis have to be "Granted", by the 14 with 5 United States constitution Amendments, And by the entire United States constitution, to set Due Process of the law and equal Protection of the law, etc.

(C) If M.C.D.F. Mont. Al, Jail Personnel are Drugs Free, And don't have (1) Drugs within the body, (2) injecting Heroin, (3) AIDS, (4) various communicable diseases, the Legal Drug tests with state the Jail personnel are Drug Free, like pro-se Anthony Prickett. "[There no Need For ANY more talking, or writing]." Order Legal Drug tests, right Now. If the Court don't Drug tests, everything will be "UNCONSTITUTIONAL."

(D) Pro-se Anthony Prickett eyes were Almost put out by [Eddie Jones] with Drugs within the body [INMATE].

(4)

Eddie Jones [INMATE] with ① Drug within the body, ② Injecting Heroin, ③ Aids, etc. [ATTACK] Pro-se Anthony Pickett, And almost put out Pro-se Anthony Pickett eyes, cause others injuries on 7 March 2008, Time 9/15 AM 2nd shift, And M.C.D.F. "Mont, AL" [Jail Personnel help him] with ① Drug within the body, ① Boykin And ② Turner, et. Al. NOTE: This are the "4 or 5 times" Pro-se Anthony Pickett was [ATTACK] by other [Inmates] with ① Drugs within the body, ② Aids, etc. [Twice] two or more inmates Attack and fought Pro-se Anthony at one time. Gangs Fights. ["Pro-se Anthony Pickett life was in danger 6/6/6 when Pro-se Anthony Pickett Arrive M.C.D.F. "[Refuse]" to give Pro-se Anthony Pickett Private Cell. [See Cameras 6/6/6 to 31 March 2008,] M.C.D.F. Pro-se Anthony Pickett Life is in danger. M.C.D.F. Want give Pro-se Anthony Pickett [Spay].
_____ END _____

If this [Court] don't hear this case, And Drugs tests, every thing are "UN Constitutional."

⑤

## CERTIFICATE OF SERICE

I hereby Certify that on this 25 March 2008, I served a copy of the foregoing on Defendants, Officers James et Al. by placing the same in the United States mail postage prepaid and addressed as follows:

Officer James et. Al.
M.C.D.F.
250 South McDonough St.
Montgumery, Alabama 36104

<u>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</u>
Anthony Pickett
*Anthony Pickett*

<u>Address of Pro-se/Attorney</u>
Pro-se Anthony Pickett
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
M.C.D.F.
Booking No. 65581
P.O. Box 4555
Mont. Al. 36103



Pro-se Anthony Pickett
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
M.C.D.F.
Booking No. 69981
P.O. Box 4599
Mont. AL. 36103



INMATE MAIL

CHIEF UNITED STATES MAGISTRATE JUDGE
Charles S. Coody
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
MONTGOMERY, ALABAMA 36101-0711