IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY PICKETT, #196184, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:08cv172-WHA |
| | ) |
| OFFICER JAMES, et al., | )                    (WO) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

Upon consideration of the Recommendation of the Magistrate Judge (Doc. #12), entered on March 18, 2008, and the Objections (Doc. #13), filed by the Plaintiff on March 26, 2008, the court finds the objections to be without merit, and they are hereby overruled.

The court adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this case is DISMISSED without prejudice for the Plaintiff's failure to pay the full filing fee upon initiation of this case.

DONE this 27th day of March, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE