# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
   Clerk

For rules and forms visit
www.call.uscourts.gov

April 7, 2007

Debra P. Hackett
Clerk, U.S. District Court
15 Lee Street, Ste 206
Montgomery, AL 36104

    RE: Anthony Pickett
    DC No. 3:08cv172-WHA

Dear Ms. Hatchett:

    Enclosed is a notice of appeal erroneously forwarded to this court and now forwarded to your court for review. ***If this is indeed a valid notice of appeal,*** please file as of the date received ( April 4, 2008) by this court, in accordance with Fed.R.App.P. 4(a)(1).

        Sincerely,

        THOMAS K. KAHN, Clerk

        By: CaCelia Williams
        Case Initiation

THE UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT
ATLANTA, GA. 30334

APR 04 2008

RECEIVED IN OFFICE
2008 APR -2 PM 4:15

29 March 2008

Anthony Pickett,
  Plaintiff,

vs

Officer James, et al.,
  Defendants.

Civil Action No. 2:08-cv-172-WHA
This Appeal was File in the (11th Cir) because the Middle District of Alabama, would not State they, got the Appeal.

## MOTION TO PROCEED IN FORMA PAUPERIS

Come Now, Pro-se Anthony Pickett, 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, was [Granted] Motion for Leave to Proceed In Forma Pauperis, by (1) William Steele (2) Sonja F. Bivins, United States District Judges, for the Southern District of Alabama, Mobile, Alabama. [The case was [Transfer] against Pro-se Anthony Pickett Motion not to Transfer the case to Middle District of Alabama.] [Pro-se Anthony Pickett have no money, or monies]. A financial Statement containing all transactions in my prisoner account for the six (6) months immediately preceeding the filing of the Complaint Accompany this motion, Computer Printout, was mail by M.C.D.F., Prepared by an Authorized Officer. Civil Action 08-0033-WS-B [Transfer] to United States District Court, Middle District of Alabama 2:08-cv-172-WHA.    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

IN THE UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT
ATLANTA, GA. 30334

25 MARCH 2008

Anthony Pickett
  PLAINTIFF,
VS
Officer James, et al,
  Defendants.

) CIVIL ACTION NO.
) 2:08-CV-172-WHA
) This Appeal was File in the
) (11th cir) because the Middle
) District of Alabama, WANT
) State they got the Appeal

## NOTICE OF APPEAL

[DRUGS AND MONEY] were TAKEN by ALL COURTS. Pro se Anthony Pickett Already were [GRANTED] Motion For Leave to PROCEED IN FORMA PAUPERIS by (1) William Steele, (2) Sonja F. Bivins, United States District Judges, For the Southern District of Alabama, Mobile Alabama. A Financial Statement Containing ALL Transactions in my Prisoner Account For the Six (6) Months immediately preceeding the Filing of the Complaint, Computer Printout was mail by M.C.D.F., Prepared by An Authorized Officer. Civil Action 08-0033-WS [Transfer] to United States District Court, Middle District of Alabama, 2:08-CV-172-WHA.

   NOTE: the Case Already PROCEED IN FORMA PAUPERIS! (1) [DRUGS AND (2) MONEY were Taken]
(1) ON 25 June 2007 over Millions of Dollars of Legal works was [Stolen] by Montgomery County Detention Facility, Mont. AL. employees, And Also (2) ...

(1)

SWANSON SCRUBBS FUND, FURLOW BIRMINGHAM Service Center for Montgomery County, AL. Canteen/Store bought items were [Stolen] by Montgomery County Detention Facility, Mont. AL. employees ① Parks ② Lewis ③ Smith ④ James ⑤ Tolliver ⑥ Kedrick ⑦ Dill ⑧ Bryd ⑨ Johnson ⑩ Lockwood ⑪ Blair ⑫ Franklin ⑬ William ⑭ D.T. Marshall, Sheriff ⑮ Gina M. Savage, Director of Detention, Sgt Sanderson, and others, M.C.D.F. employees with ①Drugs within the body; ②Injecting Heroin, ③Herpes, AIDS ④Crazy Checks, ⑤[Murders], Refer to Bryce Hospital Tuscaloosa, Alabama ⑥[Dead] are what we call theses people, shot with a gun, twice two different times, ⑦Bleeding Profusely, ⑧Profusely Crazy, etc.

[Evidences] ① Swanson ② Cameras, M.C.D.F. 2006 to 2008, ③ others M.C.D.F. employees. others. CALL [Swanson]. [Evidences.] [When Pro-se Anthony Pickett file lawsuit for Drugs within the body, Legal Drug tests have to be taken.] Whoever don't pass Legal Drugs tests lose the case and pay for the lawsuit.

NOTE: (Pro-se Anthony Pickett sued for private cell]. Pro-se Anthony Pickett have been in [Gang Fights,] and [Several Fights] the last, [Inmate ① Eddie Jones, with M.C.D.F. employees ①Boykin ②Turner, et.al. helping him]. [They almost put out Pro-se Anthony eyes, and cause others injuries, with Drugs within the body.]

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March 2008, I served a copy of the foregoing on the Defendants, by placing the same in the United States Mail, postage prepaid and addressed as follows:

OFFICER James et al., All Employees,
Montgomery County Detention Facility
250 South McDonough St.
Montgomery, Alabama 36104

Anthony Pickett
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
Pro Se Anthony Pickett

ADDRESS OF Pro Se/Attorney
Anthony Pickett, Pro Se
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
Montgomery County Detention Facility
Booking No. 4555
Montgomery, Alabama 36103

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY PICKETT, #196184, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:08cv172-WHA |
| | ) |
| OFFICER JAMES, et al., | ) (WO) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Recommendation of the Magistrate Judge (Doc. #12), entered on March 18, 2008, and the Objections (Doc. #13), filed by the Plaintiff on March 26, 2008, the court finds the objections to be without merit, and they are hereby overruled.

The court adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this case is DISMISSED without prejudice for the Plaintiff's failure to pay the full filing fee upon initiation of this case.

DONE this 27th day of March, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY PICKETT, #196184, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:08cv172-WHA |
| | ) |
| OFFICER JAMES, et al., | ) (WO) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Defendants and against the Plaintiff, Anthony Pickett, and this case is DISMISSED without prejudice.

DONE this 27th day of March, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE