Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

April 17, 2008

**Appeal Number: 08-11792-F**
Case Style: Anthony Pickett v. Officer James
District Court Number:  08-00172 CV-A-N

TO:   Anthony Pickett (AIS 196184)

CC:   Debra P. Hackett

CC:   Troy King

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

April 17, 2008

Anthony Pickett (AIS 196184)
Easterling CF
200 WALLACE DR
CLIO  AL  36017-2615

**Appeal Number: 08-11792-F**
Case Style: Anthony Pickett v. Officer James
District Court Number: 08-00172 CV-A-N

The referenced case was docketed in this court on April 14, 2008. Please use the appellate docket number noted above when making inquiries.

This Court has determined that the "three strikes" provision of the Prison Litigation Reform Act of 1995 is applicable to you. See Rivera v. Allin, 144 F.3d 719 (11th Cir. 1998), cert. dismissed, 119 S.Ct. 27 (1998).

Consistent with 28 U.S.C. § 1915(g), this appeal cannot proceed until the full filing and docketing fees of $455.00 are paid to the United States **DISTRICT COURT**. Pursuant to 11th Cir. R. 42-1 (b), you are hereby notified that if the fees have not been paid within fourteen (14) days from this date, **this appeal will be dismissed without further notice by the clerk.**

**If the full fees are paid**, you are hereby notified that pursuant to 11th Cir. R. 31-1, APPELLANT'S BRIEF AND RECORD EXCERPTS ARE DUE TO BE SERVED AND FILED WITHIN FORTY (40) DAYS FROM THE DATE THE APPEAL WAS DOCKETED IN THIS COURT. This is the only notice you will receive concerning the due date for filing briefs and record excerpts. If appellant's brief and record excerpts are not filed by the due date, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-2.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Mildred Norwood (404) 335-6185

Encl.

DKT-4  (12-2005)