Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

May 05, 2008

**Appeal Number: 08-11792-F**
Case Style: Anthony Pickett v. Officer James
District Court Number:  08-00172 CV-A-N

TO:   Anthony Pickett (AIS 196184)

CC:   Debra P. Hackett

CC:   Troy King

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

May 05, 2008

Anthony Pickett (AIS 196184)
Easterling CF
200 WALLACE DR
CLIO  AL  36017-2615

**Appeal Number: 08-11792-F**
Case Style: Anthony Pickett v. Officer James
District Court Number:  08-00172 CV-A-N

The district court has denied your motion to proceed on appeal in forma pauperis, certifying that your appeal is frivolous and not taken in good faith. The district court has also directed that you pay fees required to maintain this appeal pursuant to 28 U.S.C. §1915 (as amended by the Prison Litigation Reform Act).

Pursuant to Fed.R.App.P. 24(a) and 11th Cir. R 24-2, you must file a motion for leave to proceed with this appeal within thirty (30) days from the date of this letter. If such a motion is not received within thirty (30) days, this appeal will be dismissed by the clerk without further notice pursuant to 11th Cir. R. 42-1(b).

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Mildred Norwood (404) 335-6185

PLRA-7 (04-2005)