Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

---

August 06, 2008

**Appeal Number: 08-11792-F**
Case Style: Anthony Pickett v. Officer James
District Court Number:  08-00172  CV-A-N ()

TO:   Anthony Pickett (AIS 196184)

CC:   Debra P. Hackett

CC:   Troy King

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 06, 2008

Anthony Pickett (AIS 196184)
Easterling CF
200 WALLACE DR
CLIO  AL  36017-2615

**Appeal Number: 08-11792-F**
Case Style: Anthony Pickett v. Officer James
District Court Number:  08-00172  CV-A-N ()

The following action has been taken in the referenced case:

    The enclosed order has been ENTERED.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk without further notice  unless you pay to the **DISTRICT COURT** clerk the $450 docket and $5 filing fees (total of $455), with notice to this office.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Mildred Norwood /scw (404)335-6185

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

———————————

No. 08-11792-F

———————————

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

AUG - 6 2008

THOMAS K. KAHN
CLERK
```

ANTHONY PICKETT,

Plaintiff-Appellant,

versus

OFFICER JAMES,
OFFICER SMITH, et al.,

Defendants-Appellees.

———————————

Appeal from the United States District Court for the
Middle District of Alabama

———————————

ORDER:

Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED. Appellant, while a prisoner, has filed three prior civil actions or appeals that have been dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, and appellant is not currently under imminent danger of serious physical injury. Accordingly, appellant cannot proceed in forma pauperis under 28 U.S.C. § 1915. See 28 U.S.C. § 1915(g); Rivera v. Allin, 144 F.3d 719, 724 (11th Cir. 1998), abrogated in part on different

grounds by <u>Jones v. Bock</u>, 549 U.S. __, __, 127 S.Ct. 910, 920-21, 166 L.Ed.2d 798 (2007).

If appellant wishes to proceed on this appeal, he must prepay the entire appellate filing fee within 14 days from the date of this order, otherwise, his appeal will be dismissed without further notice for want of prosecution under 11th Cir. R. 42-1(b).

<u>        /s/ Charles R. Wilson                    </u>
                    UNITED STATES CIRCUIT JUDGE